WO
FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 2 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR-08-0027-PHX-SMM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| Carlos Armando Maya, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on May 28, 2008.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his pretrial release.

**THE COURT FURTHER FINDS** that the Defendant can comply with all of the conditions of release.

1  **IT IS ORDERED** that the Defendant shall be released to Recovery Homes, Inc. upon
2  notice by Pretrial Service or directive from Judge McNamee before bed space is available,
3  at which time conditions of release will be set.

4  DATED this 2ND day of June, 2008.

7  _____
   Lawrence O. Anderson
8  United States Magistrate Judge